IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

GINA YOUNG, et al.,

        Plaintiffs,

v.                                CIVIL ACTION NO.   2:12-cv-01324

APOGEE COAL COMPANY LLC, et al.,

        Defendants.

**ORDER**

On November 8, 2013, the court denied the plaintiffs' motion to remand, dismissed defendant James Browning, and lifted the stay on this action [Docket 17]. It has since come to the attention of the court that this case should remain stayed pursuant to 11 U.S.C § 362 and the Notice of Automatic Stay [Docket 12]. Accordingly, this case is **ORDERED STAYED** pending the bankruptcy proceedings of defendants Apogee Coal Company and Patriot Coal Corporation.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                ENTER:   November 12, 2013

                JOSEPH R. GOODWIN
                UNITED STATES DISTRICT JUDGE